# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

THEODORE VISNER,
and KATHY SMITH,

    *Plaintiffs,*

                        CASE NO. 15-12899

*v*.

                        DISTRICT JUDGE THOMAS L. LUDINGTON
BANK OF AMERICA,          MAGISTRATE JUDGE PATRICIA T. MORRIS

    *Defendant.*
_____/

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL FOR FAILURE TO SUBMIT FILING FEE

    Defendant filed the initial case as a miscellaneous matter with this Court on August 13, 2015. After reviewing the case, District Judge Thomas L. Ludington found that the filing met all of the requirements and should be transferred to a civil docket. In that same order dated August 14, 2015 (dkt.2); Plaintiff, Theodore Visner, was directed to pay the civil case filing fee within 10 days. As of this date, Mr. Visner has not submitted the filing fee or an Application to Proceed In Forma Pauperis.

    Therefore, **IT IS ORDERED** that Plaintiff show cause in writing on or before **September 22, 2015** why his case should not be recommended for dismissal for failure to submit the filing fee.


Date: September 1, 2015                        S/ Patricia T. Morris
                                                    Patricia T. Morris
                                                      United States Magistrate Judge

## **CERTIFICATION**

     I hereby certify that the foregoing document was electronically filed this date through the Court's CM/ECF system which delivers a copy to all counsel of record and Plaintiff, Theodore Visner, who is an e-filer in this case.

Date: September 1, 2015                    By <u>s/Kristen Krawczyk</u>
                                                  Case Manager to Magistrate Judge Morris